UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL J. JACKSON,                )
                                   )
            Plaintiff,             )
                                   )
     v.                            )    No. 4:05CV2406(HEA)
                                   )
JOHN CORNELL,                      )
CHASE LEDBETTER,                   )
MIKE BAKER, and                    )
CITY OF WARRENTON, MISSOURI,       )
                                   )
            Defendants.            )

ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 4th day of April, 2006.

_____
**UNITED STATES DISTRICT JUDGE**